IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MANDY DONEGAN,

    Plaintiff,        Case No.  3:25-CV-00047-TES-AGH

     v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $1,950.99 and costs of $405.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government will accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.  If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

IT IS SO ORDERED this   19th   day of   June   , 2025.

           _s/Tilman E. Self, III_____
           HON. TILMAN E. SELF, III
           UNITED STATES DISTRICT JUDGE