IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MANDY DONEGAN, | * |
| Plaintiff, | * |
| v. | Case No. 3:25-cv-00047-TES-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# J U D G M E N T

Pursuant to the Order of this Court filed June 19, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $1,950.99 and costs of $405.

This 20th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk